# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARMANDO RAMIREZ, JOHN CORTES,**
**CARIDAD CORTES, and JOHN**
**RAMIREZ,**

          **Plaintiffs,**

**-vs-**                                          **Case No. 6:05-cv-1121-Orl-31KRS**

**CITY OF KISSIMMEE COMMISSION,**
**and DONNA BRYANT, Supervisor of**
**Elections,**

          **Defendants.**

_____

## ORDER

Upon consideration of the Motion for Certification of Class and Appointment of Class Counsel (Doc. 28), and Defendants' Response thereto (Doc. 29), it is

**ORDERED** that the Motion is GRANTED. The Court hereby certifies the following class: All Hispanic residents of the City of Kissimmee. The Class is certified to prosecute claims against Defendants asserting that the City's at-large election system discriminates against Hispanic voters in violation of 42 U.S.C., section 1973.

It is further **ORDERED** that, pursuant to Fed. R. Civ. P. 23(g), Alan Levine, Luis Gonzalez and Darren M. Soto are appointed as class counsel. Class counsel shall, within ten (10) days submit its plan for notifying the Class of this proceeding.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 23, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE