# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARMANDO RAMIREZ, JOHN CORTES,**
**CARIDAD CORTES, and JOHN**
**RAMIREZ,**

               **Plaintiffs,**

**-vs-**                                              Case No.  6:05-cv-1121-Orl-31KRS

**CITY OF KISSIMMEE COMMISSION,**
**and DONNA BRYANT, Supervisor of**
**Elections,**

               **Defendants.**
_____

## ORDER

Plaintiffs have filed an unopposed Motion for Voluntary Dismissal of this class action (Doc. 48). Attached to the Motion as Exhibit C is the Class Notice Plaintiffs seek to publish regarding voluntary dismissal of this action, pursuant to Fed. R. Civ. P. 23(e)(1)(B). A Motion for Approval of Notice Plan (Doc. 47) was also filed, proposing notice by publication in certain newspapers of general circulation in Central Florida and the city of Kissimmee. Upon consideration of the above, it is

**ORDERED** that the Motion for Approval of Notice Plan (Doc. 47) is GRANTED. Plaintiffs shall publish the proposed Class Notice on or before June 24, 2006 in a one-quarter (1/4) page format or larger in one edition of THE ORLANDO SENTINEL and in two editions of EL NUEVO DIA. The EL NUEVO DIA notice shall be published in the Spanish language.

It is further **ORDERED** that if any objections to the dismissal of this action are received, the Court will conduct a hearing pursuant to Fed. R. Civ. P. 23(e)(1)(C) on **THURSDAY, JULY 27, 2006 at 1:00 P.M.** before the **Honorable Gregory A. Presnell**, United States District Judge, in **Courtroom #3**, Sixth Floor, George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida

It is further **ORDERED** that the hearing scheduled for Wednesday, June 14, 2006 at 3:00 P.M. is CANCELLED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 9, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party