**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ARMANDO RAMIREZ, JOHN CORTES, CARIDAD CORTES, and JOHN RAMIREZ,**

    **Plaintiffs,**

-vs-            Case No. 6:05-cv-1121-Orl-31KRS

**CITY OF KISSIMMEE COMMISSION, and DONNA BRYANT, Supervisor of Elections,**

    **Defendants.**
_____

## ORDER

Pursuant to this Court's Order on June 9, 2006 (Doc. 49), Plaintiffs published the approved class notice concerning dismissal of this action (Doc. 50). No objections to the dismissal have been filed. Accordingly, it is

**ORDERED** that the Motion for Voluntary Dismissal of this Class Action (Doc. 48) is hereby GRANTED. This case is DISMISSED, with each side to bear its own fees and costs. The hearing on July 27, 2006 is cancelled and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 19, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                GREGORY A. PRESNELL
                UNITED STATES DISTRICT JUDGE